AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CITY OF BRUNSWICK, by and through
its MAYOR AND BOARD OF COMMISSIONERS,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

        V.

CASE NUMBER:  CV 222-132

HONEYWELL INTERNATIONAL, INC.,
formerly known as ALLIED CHEMICAL
CORPORATION, and as ALLIEDSIGNAL, INC., and
THE GEORGIA POWER COMPANY,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's September 1, 2023 Order granting Plaintiff's Motion and remanding this case to the Superior Court of Glynn County, this case stands closed.

9/1/2023

Date



John E. Triplett, Clerk of Court

Clerk

*(By) Deputy Clerk*

GAS Rev 10/2020